B 10 (Official Form 10)(12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE __EASTERN__ DISTRICT OF __PENNSYLVANIA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GERALD A. BENDER AKA GERALD A. BENDER, SR. | Case Number: 08-21193 REF |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
WACHOVIA BANK, N.A., AS TRUSTEE, POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004, ASSET

Name and address where notices should be sent:
BANKRUPTCY DEPARTMENT
AMERICA'S SERVICING COMPANY
ONE HOME CAMPUS MAX x2302-04c
DES MOINES, IA 50328

Telephone number:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: __04/07/2009__

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $_____91,646.84_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __Money loaned__
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** __xxxxxx1485__

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $__22,601.29__   Basis for perfection: _____

Amount of Secured Claim: $__91,646.84__   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 07/30/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br> /s/ ANDREW L. SPIVACK, ESQUIRE <br> Phelan Hallinan & Schmieg, LLP, ANDREW L. SPIVACK, ESQUIRE <br> 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814, 215-563-7000 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DEBTOR: GERALD A. BENDER    Amended Proof of Claim    CASE NO.: 08-21193 REF

CREDITOR: WACHOVIA BANK, N.A., AS TRUSTEE. POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004. ASSET

FILING DATE: 06/04/08

## STATEMENT OF AMOUNT DUE

### I. PREPETITION ARREARS

| | | |
|---|---|---:|
| Monthly Payments | 03/2007 - 04/2007, 2 months @ $1,057.13 | $2,114.26 |
| | 05/2007 - 04/2008, 12 months @ $1,083.63 | $13,003.56 |
| | 05/2008 - 06/2008, 2 months @ $1,031.10 | $2,062.20 |
| BPO FEES | | $210.00 |
| PROPERTY PRESERVATION | | $240.00 |
| DUE DILIGENT INQUIRY | | $110.00 |
| FREEDOM OF INFORMATION ACT LETTERS | | $10.00 |
| RECORD OWNER LIEN CERTIFICATE | | $325.00 |
| PROPERTY SEARCH | | $75.00 |
| SERVICE OF COMPLAINT | | $130.00 |
| FILING OF COMPLAINT | | $127.95 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | | $5.00 |
| MANDATORY PLEADINGS FILING | | $180.00 |
| JUDGMENT/WRIT OF EXECUTION | | $77.10 |
| SERVICE | | $97.50 |
| SHERIFF'S DEPOSIT | | $2,000.00 |
| TITLE BRINGDOWN | | $125.00 |
| REVISED WRIT SEARCH | | $35.00 |
| FORECLOSURE FEES | | $1,125.00 |
| AMENDED COMPLAINT | | $200.00 |
| PREPARATION OF MOTION FOR SUMMARY JUDGMENT | | $575.00 |
| PETITION TO AMEND JUDGMENT | | $425.00 |
| SERVICE REFUND | | $-50.15 |
| SHERRIF'S REFUND | | $-601.13 |
| TOTAL PREPETITION ARREARS | | $22,601.29 |

### II. TOTAL INDEBTEDNESS

| | |
|---|---:|
| Principal Balance | $72,283.09 |
| Interest | $10,466.69 |
| ESCROW DEFICIT | $3,475.79 |
| BPO FEES | $210.00 |
| PROPERTY PRESERVATION | $240.00 |
| DUE DILIGENT INQUIRY | $110.00 |
| FREEDOM OF INFORMATION ACT LETTERS | $10.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| PROPERTY SEARCH | $75.00 |
| SERVICE OF COMPLAINT | $130.00 |
| FILING OF COMPLAINT | $127.95 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |

| | |
|---|---:|
| MANDATORY PLEADINGS FILING | $180.00 |
| JUDGMENT/WRIT OF EXECUTION | $77.10 |
| SERVICE | $97.50 |
| SHERIFF'S DEPOSIT | $2,000.00 |
| TITLE BRINGDOWN | $125.00 |
| REVISED WRIT SEARCH | $35.00 |
| FORECLOSURE FEES | $1,125.00 |
| AMENDED COMPLAINT | $200.00 |
| PREPARATION OF MOTION FOR SUMMARY JUDGMENT | $575.00 |
| PETITION TO AMEND JUDGMENT | $425.00 |
| SERVICE REFUND | $-50.15 |
| SHERRIF'S REFUND | $-601.13 |
| TOTAL INDEBTEDNESS | $91,646.84 |

A Security Interest is held for this claim.
Mortgage on Premises (see copy attached):
1022 LANCASTER AVENUE, READING, PA 19607

Per Diem Interest: $21.53

****The debtors remain ultimately responsible for the payment of taxes and insurance. Nothing herein shall be construed as the creation or discontinuance of the account. The treatment of tax and insurance payment obligations will not change as a result of the bankruptcy filing****

****Effective July 2008, the post-petition monthly payment amount is $891.61.****

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE  
   GERALD A. BENDER  
   Debtor(s)

CHAPTER 13  
CASE NO. 08-21193 REF

ANDREW L. SPIVACK, Esquire certifies that a true and correct copy of the attached Proof of Claim was served upon the following person(s):

MICHAEL D. HESS, ESQUIRE  
951 ROHRERSTOWN ROAD  
SUITE 102  
LANCASTER, PA 17601

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)  
2901 ST. LAWRENCE AVE  
P.O. BOX 4010  
READING, PA 19606

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107

July 30, 2009

/s/ ANDREW L. SPIVACK, ESQUIRE