UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Gerald A. Bender, Sr.<br>Patricia A. Bender<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 08-21193 |
|---|---|

## AMENDED CHAPTER 13 PLAN

The Debtor(s) propose(s) the following Chapter 13 Plan and make the following declarations:

**I.  PROPERTIES AND FUTURE EARNINGS SUBJECT TO SUPERVISION AND CONTROL OF THE TRUSTEE:**

1. Future earnings/income of  $350.00 monthly for 60 months.

2. Payor to be the Debtor(s).

**II.  TREATMENT OF CLAIMS:**

1. Debtor shall pay in full all allowed claims entitled to priority under 11 USC Section 507, including the following Administrative Priority Claims:

   TRUSTEE COMPENSATED AT THE AMOUNT AS DETERMINED BY THE OFFICE OF THE U.S. TRUSTEE NOT TO EXCEED 10%.

   DEBTORS' ATTORNEY FEES TO BE PAID UNDER THE PLAN IN SUCH AMOUNT AS MAY BE APPROVED BY THE COURT.

   ALL FEES ARE TO BE MADE PAYABLE TO BURKE & HESS FROM THE TRUSTEE'S OFFICE FROM FEES FROM THE CHAPTER 13 PLAN.

2. The following claims are secured by interests in real property that is the principal residence of the Debtor(s). Defaults shall be cured and regular payments shall be made.

   | | |
   |---|---|
   | America's Servicing Company | TOTAL CLAIM: $72,283.00 |
   | Pennsylvania Housing Finance Agency | TOTAL CLAIM: $8,325.00 |

   ROUTINE MONTHLY PAYMENTS TO BE MADE BY DEBTOR(S) DIRECTLY TO THE MORTGAGE COMPANY.  ARREARAGE PAYMENTS TO BE MADE BY TRUSTEE UNDER THE PLAN.

3. The following claims are secured by interest in personal property or motor vehicles. Defaults shall be cured and regular monthly payments shall be made.

Americredit                                    TOTAL CLAIM: $12,777.12

ROUTINE MONTHLY PAYMENTS TO BE MADE BY DEBTOR(S) DIRECTLY TO THE LENDING COMPANY. ARREARAGE PAYMENTS TO BE MADE BY TRUSTEE UNDER THE PLAN.

ANY OTHER ALLOWED SECURED CLAIMS FILING PROOFS OF CLAIM WITHOUT OBJECTION SHALL BE PAID IN FULL UNDER THE PLAN.

4. All priority claims shall be paid in full under the Plan.

5. TOTAL PLAN PAYMENTS: $21,000.00

6. Unsecured non-priority claims are of one class and shall be paid pro-rata. The fair market value of property available for distribution to unsecured non-priority creditors pursuant to a Chapter 7 bankruptcy would be $0.00.

                                    Respectfully submitted,

                                    BURKE & HESS

                        by:    /s/ Michael D. Hess
                                    **Michael D. Hess, Esquire**
                                    **951 Rohrerstown Road**
                                    **Suite 102**
                                    **Lancaster, PA  17601**
                                    **Phone:  (717) 391-2911**
                                    **Fax       (717) 391-5808**