**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| GERALD A. BENDER : | |
| A/K/A GERALD A. BENDER, SR : | Bk. No. 08-21193 REF |
| Debtor : | |
| : | Chapter No. 13 |
| WACHOVIA BANK, N.A., AS TRUSTEE. POOLING : | |
| AND SERVICING AGREEMENT DATED AS OF : | |
| NOVEMBER 1, 2004. ASSET BACKED PASS- : | |
| THROUGH CERTIFICATES SERIES 2004-WWF1 : | |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| GERALD A. BENDER : | |
| A/K/A GERALD A. BENDER, SR : | |
| Respondent : | |
| : | |

**PRAECIPE TO WITHDRAW THE AMENDED OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the AMENDED OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN, filed on August 11, 2009, Docket Entry 62.

Respectfully submitted,

/s/ Andrew L. Spivack, ESQUIRE
Andrew L. Spivack, ESQUIRE
PHELAN HALLINAN & SCHMIEG, LLP
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA 19103-1814