UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 08-21193
    Gerald A. Bender, Sr. :
    Patricia A. Bender : CHAPTER 13
                    Debtors :

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of Debtor's Objection to Proof of Claim of Wachovia Bank, N.A., (Proof of Claim No. 6),

IT IS HEREBY ORDERED, that the Proof of Claim filed by Specialized Loan Servicing, is stricken in its entirety.

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
951 Rohrerstown Road
Suite 102
Lancaster, PA  17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA  19606

Wachovia Bank, N.A.
America's Servicing Company
One Home Campus
MAC X2302-04C
Des Moines, 50328

Phelan Hallinan & Schmeig
1617 JFK Boulevard

One Penn Center at Suburban Station
Philadelphia, PA 19103