# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 08-21193
    Gerald A. Bender, Sr. :
    Patricia A. Bender : CHAPTER 13
             Debtors :

## CERTIFICATION OF SERVICE

      The undersigned, Linda M. McGaw hereby certifies that a true and correct copy of Objection to Proof of Claim, Order and Notice of Objection to Proof of Claim and Hearing Date was served upon the following by electronic means, or on January 29, 2010, by First Class United States Mail, postage prepaid:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Wachovia Bank, N.A.
America's Servicing Company
One Home Campus
MAC X2302-04C
Des Moines, 50328

Phelan Hallinan & Schmeig
1617 JFK Boulevard
One Penn Center at Suburban Station
Philadelphia, PA 19103

                                      Burke & Hess

                                      /s/ Linda M. McGaw
                                      Linda. McGaw