UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 08-21193 |
|    Gerald A. Bender, Sr. | : | |
|    Patricia A. Bender | : | CHAPTER 13 |
|                    Debtors | : | |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

To:   Wachovia Bank, N.A.

Debtors, Gerald A. Bender, Sr. and Patricia A. Bender, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE RICHARD E. FEHLING ON March 16, 2010, AT 9:30 P. M., IN ,UNITED STATES BANKRUPTCY COURT, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNSYLVANIA. IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

                                                           BURKE & HESS

Date: January 29, 2010                        /s/ Michael D. Hess
                                                           Michael D. Hess
                                                           951 Rohrerstown Road
                                                           Suite 102
                                                          Lancaster, PA  17601
                                                          **Attorney of the Debtor**