IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: GERALD A. BENDER, SR. <br> PATRICIA A. BENDER <br> **Debtor(s)** | CHAPTER 13 |
| | CASE NO. 08-21193 (REF) |
| AMERICREDIT FINANCIAL SERVICES, INC. | HEARING DATE: **11-24-09 at 9:30 am** |
| **Moving Party** | |
| vs. | 11 U.S.C. 362 |
| GERALD A. BENDER, SR. <br> PATRICIA A. BENDER <br> **Respondent(s)** | |
| FREDERICK L. REIGLE <br> **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2006 Hyundai Sonata** bearing vehicle identification number 5NPEU46FX6H070839 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. ✱

Date: 3/23/10

_____
UNITED STATES BANKRUPTCY JUDGE

✱ AmeriCredit Financial Services may take no action against Debtor or the 2006 vehicle until April 23, 2010.