IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: GERALD A. BENDER, SR. ) | |
|     PATRICIA A. BENDER ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | CASE NO. 08-21193 (REF) |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. ) | HEARING DATE: **11-24-09 at 9:30 am** |
|     **Moving Party** ) | |
| ) | |
| vs. ) | 11 U.S.C. 362 |
| ) | |
| GERALD A. BENDER, SR. ) | |
| PATRICIA A. BENDER ) | |
|     **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
|     **Trustee** ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of AmeriCredit Financial Services, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2006 Hyundai Sonata** bearing vehicle identification number 5NPEU46FX6H070839 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.✱

Date: 3/23/10

_____
UNITED STATES BANKRUPTCY JUDGE

✱ AmeriCredit Financial Services may take no action against Debtor or the 2006 vehicle until April 23, 2010.

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Angela              Page 1 of 1              Date Rcvd: Mar 23, 2010
Case: 08-21193                Form ID: pdf900           Total Noticed: 1

The following entities were noticed by first class mail on Mar 25, 2010.
db/jdb      +Gerald A. Bender, Sr,   Patricia A. Bender,   1022 Lancaster Avenue,   Reading, PA 19607-1610

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2010**                    **Signature:** _Joseph Speetjens_